790 A.2d 921

IN THE MATTER OF STANLEY J. GULKIN,
AN ATTORNEY AT LAW.

March 4, 2002.

**ORDER**

**STANLEY J. GULKIN** of **LIVINGSTON,** who was admitted to the bar of this State in 1969, having pleaded guilty to a two-count accusation of second-degree theft by deception in violation of *N.J.S.A.* 2C:20–4 and *N.J.S.A.* 2C:6 and second-degree conspiracy to commit theft by deception in violation of *N.J.S.A.* 2C:5–2, and good cause appearing;

It is ORDERED pursuant to *Rule* 1:20–13(b)(1), that **STAN-LEY J. GULKIN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STANLEY J. GULKIN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **STANLEY J. GULKIN** comply with *Rule* 1:20–20 dealing with suspended attorneys.